165 A.3d 464

**HERNDON, Derrick Lamar**

v.

**STATE of Maryland**

**Pet. Docket No. 144, Sept. Term, 2017**

Court of Appeals of Maryland.

July 28, 2017

Opinion of the Court of Special Appeals unreported (No. 574, Sept. Term, 2015).

Petition for writ of certiorari denied

■

165 A.3d 464

**HINTON, Kenneth Adolphus**

v.

**STATE of Maryland**

**Pet. Docket No. 91, Sept. Term, 2017**

Court of Appeals of Maryland.

July 28, 2017

Opinion of the Court of Special Appeals unreported (No. 2119, Sept. Term, 2015).

Petition for writ of certiorari and conditional cross-petition—both denied